UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC RICHARD ELESON, | No. 2:19-cv-0112 KJM KJN P |
| Plaintiff, | |
| v. | FINDINGS & RECOMMENDATIONS |
| JOE A. LIZARRAGA, et al., | |
| Defendants. | |

By order filed September 3, 2019, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. Thirty days from that date have now passed, and plaintiff has not filed an amended complaint, or otherwise responded to the court's order.[1]

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned

---

[1] On November 27, 2019, plaintiff filed a notice of appeal. (ECF No. 16.) On December 17, 2019, the United States Court of Appeals for the Ninth Circuit dismissed the appeal for lack of jurisdiction. (ECF No. 19.)

1

1 | "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that
2 | failure to file objections within the specified time may waive the right to appeal the District
3 | Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
4 | Dated:  January 13, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

eles0112.fta